**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NISHA HANSINK, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CHOWCHOW CLOUD INTERNATIONAL HOLDINGS LIMITED, YEE KAR WING, HUI WAI MING, WONG CHUNG WAI, US TIGER SECURITIES, INC., ASSENTSURE PAC, and JOHN DOES 1-100,

Defendants.

Case No.: 1:26-cv-02063-VEC

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jacob J. Waldman of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 Fifth Avenue, New York, NY 10016, hereby appears on behalf of Defendant US Tiger Securities, Inc. in the above-captioned action. I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
April 16, 2026

Respectfully submitted,

*/s/ Jacob J. Waldman*
Jacob J. Waldman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
jacobwaldman@quinnemanuel.com

*Attorneys for US Tiger Securities, Inc.*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 16th day of April, 2026, this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Jacob J. Waldman*