**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NISHA HANSINK, Individually and on Behalf of All Others Similarly Situated, <br><br>         Plaintiffs, <br><br>         v. <br><br> CHOWCHOW CLOUD INTERNATIONAL HOLDINGS LIMITED, YEE KAR WING, HUI WAI MING, WONG CHUNG WAI, US TIGER SECURITIES, INC., ASSENTSURE PAC, and JOHN DOES 1-100, <br><br>         Defendants. | Case No.: 1:26-cv-02063-VEC |

**~~STIPULATION AND [PROPOSED]~~ ORDER REGARDING TIME FOR DEFENDANT US TIGER SECURITIES, INC. TO RESPOND TO COMPLAINT**

WHEREAS, on March 13, 2026, Plaintiff Nisha Hansink ("Plaintiff") filed a putative securities class action complaint with the above caption alleging breaches of Section 10(b) and 20(a) of the 1934 Securities Exchange Act, and Rule 10b-5 promulgated thereunder;

WHEREAS, the 60-day time period under 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) during which "any member of the purported class may move the court to serve as lead plaintiff of the purported class" has not yet expired, and a lead plaintiff has not yet been appointed nor had the opportunity to file a complaint or amended complaint;

WHEREAS, Plaintiff and Defendant US Tiger Securities, Inc. ("USTS") agree that, given the foregoing, it would be an inefficient use of time and resources for USTS to respond to the current complaint or for Plaintiff to defend against any motion to dismiss the current complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1.       USTS's time to move, answer, or otherwise respond to the complaint is adjourned

until after the Court has appointed a lead plaintiff in this action;

2.    USTS and the appointed lead plaintiff shall, within 14 days of the day on which this Court issues an Order appointing lead plaintiff, submit to the Court a proposed schedule for lead plaintiff to file an amended complaint (if any), and for lead plaintiff and USTS to submit opening, opposition, and reply briefs in connection with USTS's anticipated motion to dismiss the Amended Complaint; and

3.    USTS expressly reserves all rights and defenses.

**DATED**:    April 16, 2026    Respectfully submitted,

_/s/ Matthew M. Guiney_
Matthew M. Guiney
Patrick Donovan
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
Tel:    (212) 545-4600
Fax:    (212) 686-0114
Email:  guiney@whafh.com
        donovan@whafh.com

_Counsel for Plaintiff_

_/s/ Jianjian Ye_
Jianjian Ye
Jacob J. Waldman
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jianjianye@quinnemanuel.com
jacobwaldman@quinnemanuel.com

_Counsel for US Tiger Securities, Inc._

**SO ORDERED**.

Dated:  ___April 22_____, 2026    _____

HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

2