UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

NISHA HANSINK, individually and on behalf of : 
all others similarly situated, :
     :
                      Plaintiff, :
     :                26-CV-02063 (VEC)
        -against- :
     :                   ORDER
CHOWCHOW CLOUD INTERNATIONAL :
HOLDINGS LIMITED, YEE KAR WING, HUI :
WAI MING, WONG CHUNG WAI, US TIGER :
SECURITIES, INC., ASSENTSURE PAC, and :
JOHN DOES 1-100, :
                    Defendants. :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 12, 2023, Tallulah Kelly, Pierre Verpeaux, Igor Valandro, Raghavendra Ganesh, and Sisi Ye (the "Applicants") moved for appointment as lead plaintiff, *see* Dkts. 20, 21, 27, 31, 37;

WHEREAS pursuant to 15 U.S.C § 78u-4a(3)(B), the Court is required to determine the "most adequate plaintiff" in this action by reference to which of the applicants "has the largest financial interest in the relief sought by the class," *id*. § 78u-4a(3)(B)(iii)(I)(bb), and "otherwise satisfies the requirements of Rule 23," *id*. § 78u-4a(3)(B)(iii)(I)(cc); and

WHEREAS the presumption that an applicant or group of applicants is the most adequate plaintiff may be rebutted by evidence that such plaintiff "will not fairly and adequately protect the interests of the class" or is "subject to unique defenses that render such plaintiff incapable of representing the class," *id*. § 78u-4a(3)(B)(iii)(II)(aa)-(bb).

IT IS HEREBY ORDERED that the Applicants may, but are not required to, submit rebuttal evidence as to the financial interest in the relief sought by the class and the adequacy and

typicality of any of the other Applicants, as well as any opposition to other Applicants' selection of lead counsel, by **May 26, 2026**. Each Applicant may make only one submission and each submission must not exceed 3,500 words, including any appendices or attorney declarations.

IT IS FURTHER ORDERED that the Applicants may, but are not required to, submit a reply in support of their applications by **June 2, 2026**. Replies must not exceed 1,750 words, including any appendices or attorney declarations.

**SO ORDERED.**

Date:  May 13, 2026                                    **VALERIE CAPRONI**
       New York, New York                    **United States District Judge**