AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Nisha Hansink, individually and on behalf of all other<br>*Plaintiff*<br>v.<br>ChowChow Cloud International Holdings Limited et al<br>*Defendant* | ) | Case No. 1:26 cv 02063 VEC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Nisha Hansink and [Proposed] Lead Plaintiff Movant Tallulah Kelly .

Date: 05/26/2026

s/ Rourke Donahue
*Attorney's signature*

Rourke Donahue (5898572)
*Printed name and bar number*

270 Madison Avenue, 9th Floor
New York, New York 10016
*Address*

donahue@whafh.com
*E-mail address*

(212) 545 4600
*Telephone number*

(212) 686 0114
*FAX number*