UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TALLULAH KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CHOWCHOW CLOUD INTERNATIONAL HOLDINGS LIMITED, YEE KAR WING, HUI WAI MING, WONG CHUNG WAI, US TIGER SECURITIES, INC., ASSENTSURE PAC, and JOHN DOES 1-100,<br><br>Defendants. | 26-CV-02063 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 24, 2026, the Court entered an Order appointing Tallulah Kelly as Lead Plaintiff in this action, *see* Dkt. 51;

IT IS HEREBY ORDERED that the Parties will adhere to the following schedule on Defendants' anticipated motion(s) to dismiss:

1. Lead Plaintiff must file an amended complaint (the "Amended Complaint") not later than **Friday, September 11, 2026**;
2. Defendants must answer, move or otherwise respond to the Amended Complaint not later than **Friday, October 9, 2026**;
3. Lead Plaintiff must file a Second Amended Complaint or an opposition to any motion(s) to dismiss not later than **Friday, November 6, 2026**;
4. Defendants shall file any reply in support of any motion(s) to dismiss not later than **Friday, November 20, 2026**.

**SO ORDERED.**

**Date: August 11, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**