UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TALLULAH KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CHOWCHOW CLOUD INTERNATIONAL HOLDINGS LIMITED, YEE KAR WING, HUI WAI MING, WONG CHUNG WAI, US TIGER SECURITIES, INC., ASSENTSURE PAC, and JOHN DOES 1-100,<br><br>Defendants. | 26-CV-02063 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 24, 2026, the Court entered an Order appointing Tallulah Kelly as Lead Plaintiff in this action, *see* Dkt. 51;

WHEREAS on August 11, 2026, the Court entered an Order setting a schedule for Defendants' anticipated motion to dismiss, *see* Dkt. 53;

WHEREAS on September 11, 2026, Plaintiff filed an Amended Complaint, *see* Dkt. 54;

WHEREAS on October 9, 2026, Defendants filed motions to dismiss the Amended Complaint, *see* Dkts. 80, 85; and

WHEREAS on November 6, 2026, Plaintiff filed a Second Amended Complaint, *see* Dkt. 88.

IT IS HEREBY ORDERED that the motions to dismiss at Dkts. 80 & 85 are DISMISSED AS MOOT.

IT IS FURTHER ORDERED that the Parties will adhere to the following schedule on Defendants' renewed motion(s) to dismiss, if any:

1. Defendants must answer, move or otherwise respond to the Second Amended Complaint not later than **Friday, December 11, 2026**;
2. Lead Plaintiff must file an opposition to any motion(s) to dismiss not later than **Friday, January 15, 2027**;
3. Defendants must file any reply in support of any motion(s) to dismiss not later than **Friday, January 29, 2027**.

**SO ORDERED.**

**Date: November 9, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**